1  James A. McDevitt
   United States Attorney
2  Eastern District of Washington
   Jared C. Kimball
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone: (509) 353-2767
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 3 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

   Plaintiff,

 vs.

GLEN O. TAYLOR,

   Defendant.

Citation No. F2892688
Mag. No. M-06-4165-1

Order to Quash Summons and Close Case

   The Court hereby orders that the Summons issued to the above named defendant be quashed and close this case. The Clerk of the Court is hereby ordered to close this case.

   DATED this ___13th___ day of October, 2006.

/s/ Michael W. Leavitt
Michael W. Leavitt
United States Magistrate Judge

Order to Quash - 1